UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - X
                                            :

UNITED STATES OF AMERICA      :

       - v. -                 :     **UNSEALING ORDER**

FRANCISLEY DA SILVA, et al.,  :     S3 22 Cr. 622

         Defendants.        :

- - - - - - - - - - - - - - - - - X

Upon the application of the United States of America, by and through Assistant United States Attorney Benjamin A. Gianforti, it is hereby ORDERED that Superseding Indictment S3 22 Cr. 622, which was filed under seal on December 6, 2022, be and hereby is unsealed.

SO ORDERED.

Dated: New York, New York
       January 5, 2023

                                                    _____
                                                    THE HONORABLE SARAH NETBURN
                                                    UNITED STATES MAGISTRATE JUDGE