USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  8/30/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

JUAN TACURI, ANTONIA PEREZ HERNANDEZ, NESTOR NUNEZ, and RAMON PEREZ,

Defendants.

22 Cr. 622 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The status conference scheduled for September 5, 2023, is ADJOURNED to **November 7, 2023**, at **1:00 p.m.** in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, New York 10007.

In addition, time is excluded under the Speedy Trial Act until November 7, 2023, because the ends of justice served by excluding such time outweigh the interests of the public and Defendants in a speedy trial because this will allow time for the Government to produce discovery, for Defendants to review discovery, and for the parties to discuss a potential resolution of this matter.

SO ORDERED.

Dated: August 30, 2023
New York, New York

ANALISA TORRES
United States District Judge