```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _3/21/2024__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES

- v. -

JUAN TACURI,
ANTONIA PEREZ HERNANDEZ,
NESTOR NUNEZ,
    a/k/a "Salvador Molina," and
RAMON PEREZ,

                      Defendants.

**ORDER**

**22 Cr. 622 (AT)**

Upon the application of the United States of America, by and through Damian Williams, United States Attorney for the Southern District of New York, and Mathew Andrews, Benjamin A. Gianforti, and Michael D. Maimin, Assistant United States Attorneys, of counsel, and with the consent of defendants Juan Tacuri, Antonia Perez Hernandez, Nestor Nunez, a/k/a "Salvador Molina," and Ramon Perez, by their attorneys Frank Gaviria, Esq., Gregory K. Showers, Esq., John Phillip Buza, Esq., and Ken Womble, Esq.:

WHEREAS, the pre-trial conference in this case has been continued from March 26, 2024, at 10:00 am to **May 14, 2024,** at **10:00 a.m**.; and

WHEREAS the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial, because, among other things, it will allow the defendants and their counsel to review discovery, determine what pre-trial motions, if any, to make and prepare such motions, prepare for trial, and engage in disposition discussions;

IT IS HEREBY ORDERED that the time between and including the date of this Order and May 14, 2024, is hereby excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), in the interests of justice.

Dated:   New York, New York
         March 21, 2024

_____
ANALISA TORRES
United States District Judge