```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _07/01/2024_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

NESTOR NUNEZ,

                           Defendant.

22 Cr. 622-4 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The Court shall hold a change-of-plea hearing for Defendant, Nestor Nunez, on **July 22, 2024**, at **2:00 p.m.**, in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, NY 10007.

      SO ORDERED.

Dated: July 1, 2024
       New York, New York

_____
ANALISA TORRES
United States District Judge