USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _07/12/2024_____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

JUAN TACURI, ANTONIA PEREZ HERNANDEZ, NESTOR NUNEZ, and RAMON PEREZ,

Defendants.

22 Cr. 622-2 (AT)
22 Cr. 622-3 (AT)
22 Cr. 622-4 (AT)
22 Cr. 622-5 (AT)

**ORDER**

ANALISA TORRES, District Judge:

  The conference scheduled for July 16, 2024, is ADJOURNED to **August 27, 2024,** at **10:00 a.m.** in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, New York 10007.

  It is further ordered that time until August 27, 2024, is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7), because the ends of justice served by excluding such time outweigh the interests of the public and Defendants in a speedy trial in that this will allow the parties to continue reviewing discovery and potentially reach a pretrial disposition of this matter.

  SO ORDERED.

Dated: July 12, 2024
   New York, New York

ANALISA TORRES
United States District Judge