USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __08/13/2024__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

JUAN TACURI, ANTONIA PEREZ HERNANDEZ, NESTOR NUNEZ, and RAMON PEREZ,

Defendants.

22 Cr. 622 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The status conference scheduled for August 27, 2024, is ADJOURNED *sine die*.

By **August 27, 2024**, the Government and counsel for Ramon Perez shall file a joint status update with the Court, at which time the parties may request a status conference.

SO ORDERED.

Dated: August 13, 2024
New York, New York

_____
ANALISA TORRES
United States District Judge