UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

NÉSTOR NUÑEZ,

              Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _11/8/2024_

22 Cr. 622-4 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      By email dated November 6, 2024, the Government informed the Court that victims who require a Spanish-language interpreter wish to testify, both in person and via videoconference, at Mr. Nuñez's sentencing on November 18, 2024.  By email dated November 8, 2024, the Government notified the Court that the Government will provide two Spanish-language interpreters who will interpret, both in person and via videoconference, the sentencing proceeding for the victims as well as the victims' testimony for the Court.

      Accordingly, the Government shall coordinate with the Court and the Courtroom Technology Department to schedule a rehearsal so that the Government and its interpreters are familiar with the Court's audio and visual systems prior to sentencing.  At sentencing, in order to balance the victims' right to speak with the need for an efficient proceeding, victims may testify for a maximum of three minutes per person.

      Members of the public and press wishing to attend sentencing via teleconference are directed to dial 646-453-4442 and enter access code 462677381.

      SO ORDERED.

Dated: November 8, 2024
       New York, New York

_____
ANALISA TORRES
United States District Judge