USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/12/2024

**U.S. Department**

*United States A*
*Southern Distri*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 38th Floor*
*New York, New York 10278*

November 12, 2024

**By ECF & Electronic Mail**

The Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      **Re:**   *United States v. Nestor Nuñez*,
            **22 Cr. 622 (AT)**

Dear Judge Torres:

    The Government respectfully writes, with the consent of the defense, to request an additional two days to submit its sentencing letter with respect to the above-referenced defendant. If granted, the Government's submission would be due on Thursday, November 14, 2024.

                              Respectfully submitted,

                              DAMIAN WILLIAMS
                              United States Attorney

By: _____
      Benjamin A. Gianforti
      Michael D. Maimin
      Assistant United States Attorneys
      (212) 637-2490 / 2340

GRANTED.

SO ORDERED.

Dated: November 12, 2024
       New York, New York

_____
ANALISA TORRES
United States District Judge